UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| CHARLOTTE JOHNSON, et al.,<br><br>    Plaintiffs,<br><br>       v.<br><br>PNC MORTGAGE, et al.,<br><br>    Defendants. | Case No. 3:14-cv-02976-LB<br><br>**ORDER OF REFERRAL** |

The court overlooked the update on the referral for a settlement conference in ECF No. 66. The court refers it to a randomly assigned magistrate judge for a settlement conference to occur by the end of March, if possible, given the due dates for the pretrial filings.

**IT IS SO ORDERED.**

Dated: January 26, 2016

_____
LAUREL BEELER
United States Magistrate Judge